withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Epting has not filed a response. Our independent review of the counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before GARWOOD, SMITH and DEMOSS, Circuit Judges.

PER CURIAM: *

Having considered the oral argument of counsel, the briefs of the parties, and the pertinent portions of the record, we affirm the judgment of the district court essentially for the reasons stated in its April 11, 2006 memorandum opinion.

AFFIRMED.

Miglena ANGEL, Plaintiff–Appellant,

v.

The BOEING COMPANY RETIREE HEALTH AND WELFARE BENEFIT PLAN, Defendant–Appellee.

No. 06–10540.

United States Court of Appeals,
Fifth Circuit.

May 29, 2007.

Kent W. Starr, Dallas, TX, for Plaintiff–Appellant.

Douglas Kent Butler, Figari, Davenport & Graves, Dallas, TX, for Defendant–Appellee.

Maxine NICHOLSON, Plaintiff–Appellant,

v.

SPRING SAND & CLAY LP, Defendant–Appellee.

No. 06–20202
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 29, 2007.

Maxine Nicholson, Cypress, TX, pro se.

Brock C. Akers, Phillips & Akers, Houston, TX, for Defendant–Appellee.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.